**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02309-CMA-SKC

FRANKLIN MERRILL,
ANTHONY GLOVER,
KEITH HERRING,
ANTHONY DENNIS,
LARRY JURCAK,
SAMI NASR,
RONALD DENNIS,
RODNEY LACY,
JAMES NEWBERRY,
TAMI POTIRALA,
CRAIG WILLIAMS,
ZIGMUND GUTOWSKI,
JOSEPH HORION,
ERIC ARD,
ALLEN CASHMAN,
ADAM HEIDE,
EDURADO SUSTAITA,
JOSE GARCIA,
ERIC ROBERTSON,
BECKY AUSTIN,
JEFFREY BIGGS,
PAULA HORION,
JOSE LIMON,
GEROD THOMAS,
JAIME PARRALES,
TURRELL SANDERS,
EARNEST WARD, JR.,
CHRISTOPHER ZDENEK,
DANNY LLOYD,
DUANE VANDERKAMP,
JOEY BROWN,
MELANIE BROWN,
ORLANDO LEBRON,
CHARLES TANKSLEY,
GARY GRUBBS,
CHRIS BEAUPRE,
RAYNOLD CORNEILLE,

JULIAN LAFRANKS,
ANDRE ELLIS,
BENJAMIN JOHNSON,
ELVRETT LITTLEJOHN,
JESSIE BRAXTON, JR.
JOHNNIE WYNNE,
STEVEN KORTMAN,
TERRY JONES,
DONALD CREASMAN,
ALEXANDER FLANIGAN, and
TIM HOLLINGSORTH,

    Plaintiffs,

v.

CONTRACT FREIGHTERS, INC. *a/k/a CFI, a Missouri corporation*,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation Re: CFI's Motion to Dismiss [#12] and Plaintiffs' Motion to Amend [#31] and Denying Motion to Intervene as Moot (Doc. # 50), entered by Judge Christine M. Arguello on August 4, 2020, it is

ORDERED that the June 2, 2020 Magistrate Judge's Recommendation re: CFI's Motion to Dismiss [#12] and Plaintiffs' Motion to Amend [#31] (Doc. # 42) is AFFIRMED and ADOPTED as an Order of this Court. It is

2

FURTHER ORDERED that Defendant's Motion to Dismiss and Compel Individual Arbitrations (Doc. # 12) is GRANTED.   It is

FURTHER ORDERED that the instant complaint is hereby DISMISSED WITHOUT PREJUDICE.   It is

FURTHER ORDERED that Plaintiffs' Motion to Amend Complaint (Doc. # 31) is DENIED AS MOOT.   It is

FURTHER ORDERED that Hargis Lewis, Elizabeth Zickmund, and Keith Yates' Motion to Join or Intervene (Doc. # 45) is DENIED AS MOOT.

Dated:   August 4, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/ S. West
         S. West, Deputy Clerk